MICHAEL WHITTY *vs.* DANIEL J. McCARTHY *et al.*

PROVIDENCE—APRIL 21, 1894.

A member of a beneficial order who applies to the court for relief denied him by the organization, must show that he has complied with all the requirements of the constitution and by-laws of the order relating to the remedy he seeks.

BILL IN EQUITY for the removal of officers of an order alleged to have been illegally elected.

PER CURIAM. The petition does not show that the petitioner has complied with the requirements of sections 8 and 9 of article 31 of the constitution of the order, without a compliance with which he was not entitled to be heard by the arbitration committee.

Bill dismissed.

*Dennis H. Sheehan*, for petitioner.

*Augustus S. Miller*, for respondent.